FRENCH "BORVISK" COMPANY and Another, Respondents, v. MORRIS J. FRANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Appointment of a Committee of the Person and Estate of DAVID GREENBERG, an Alleged Incompetent Person. CLARA GREENBERG, Appellant; LOUIS GREENBERG and Others, Respondents.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, Laughlin, Smith and Merrell, JJ.

RAULDON K. BABCOCK, Respondent, v. ERNEST F. DUNHAM and Others, as Individuals and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MARGARET BURNS, Appellant, v. RAMON VELEZ, Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

RAYMOND S. WILE, Respondent, v. NASSAU SMELTING AND REFINING WORKS, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ROBERT HERBST, Doing Business under the Name and Style of HERBST BROS., Respondent, v. EMIL HUBER, Appellant, and Another, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of HUNTER COLLEGE OF THE CITY OF NEW YORK, Respondent, for an Order of Mandamus against JOHN F. HYLAN, as Mayor of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FANNIE RADER, Respondent, v. LEO J. RADER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FRANK B. HALL & COMPANY, INC., Respondent, v. LYON, SINGER & COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ADELAIDE H. PYBAS, Respondent, v. ELMIRE L. DURING and GREEN WITCH, INC., Appellants.— Order reversed and motion denied, without costs, on condition that the individual defendant within five days file an undertaking in the sum of $5,000, to be approved by a justice of the Supreme Court, to pay any damages to which upon the trial plaintiff may establish that she is entitled by reason of the continuance of the defendant's business. On failure of said defendant to furnish such undertaking the order is affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE COHEN, FRIEDLANDER & MARTIN COMPANY, Respondent, v. BENJAMIN SCHLESINGER, Individually and as President of the International Ladies' Garment Workers' Union, and Others, Appellants.— Order affirmed, with ten dollars costs